IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING

DONNA DARLENE ALLMAN,

    **Plaintiff,**

v.                                                                    Civil Action No. 5:20-cv-220
                                                                          (Judge Bailey)

CMFG LIFE INSURANCE COMPANY,

    **Defendant.**

## FINAL DISMISSAL ORDER

Now comes, Plaintiff Donna Darlene Allman ("Plaintiff"), by counsel, and Defendant CMFG Life Insurance Company ("Defendant"), by counsel, (collectively referred to as the "Parties") and announce to the Court that all matters in controversy between the Parties have been fully compromised, agreed and resolved. Each party shall be responsible for their own attorneys' fees, costs and expenses. The Parties jointly move the Court to dismiss all of Plaintiff's claims, with prejudice, against Defendant.

It appearing proper to do so, it is hereby **ORDERED** that all claims by Plaintiff against Defendant are **DISMISSED**, with prejudice, as fully compromised, agreed, and resolved.

Thus, it is hereby finally **ORDERED** that this Order, upon its entry, shall be, and is, the final judgment of this Court with respect to this case, and that these proceedings shall be closed and removed from this Court's docket. The Clerk is **DIRECTED** to send certified copies of this order to all counsel of record.

ENTERED this 9th day of February, 2022.

HONORABLE JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

Prepared by:

/s/ Jill Cranston Rice
Jill Cranston Rice (WV State Bar No. 7421)
Alex M. Greenberg (WV State Bar No. 12061)
215 Don Knotts Boulevard, Suite 310
Morgantown, WV 26501
Telephone: (304) 225-1100
Facsimile: (304) 296-6116
Email: jill.rice@dinsmore.com
Email: alex.greenberg@dinsmore.com
*Counsel for Defendant*

Kate L. Villanueva (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103
Telephone: (215) 988-2535
Fax: (215) 988-2757
Email: kate.villanueva@faegredrinker.com
*Counsel for Defendant*

Approved by:

/s/ Michelle Marinacci
Michelle Marinacci (WVSB # 7482)
Christopher M. Turak (WVSB # 8611)
GOLD, KHOUREY & TURAK, L.C.
510 Tomlinson Avenue
Moundsville, WV 26041
T: (304) 845-9750
F: (304) 845-1286
Email: mlm@gkt.com
Email: cmt@gkt.com
*Counsel for Plaintiff*

C. Richard Wilson (WVSB # 5748)
Wilson Law Offices
515 Jefferson Avenue
Moundsville, WV 26041
T: (304) 843-2300; F: (304) 843-2301
Email: rwilson@wilsonlawoffices.com
*Counsel for Plaintiff*